# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Manuel Lopez-Villa,<br>a.k.a.: Jesus Manuel Lopez Villa,<br>a.k.a.: Jesus Lopez,<br>(A 200 281 508)<br>*Defendant* | Case No.  16-6458MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 27, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Manuel Lopez-Villa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Del Rio, Texas, on January 8, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2016

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 27, 2016, Jesus Manuel Lopez-Villa was booked into the Maricopa County Jail (MCJ) facility by the Arizona Department of Public Safety on local charges. While in custody at the MCJ, Lopez-Villa was encountered by ICE Officer J. Arrizon who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 29, 2016, Lopez-Villa was released from the MCJ and then transported to the Phoenix ICE office for further investigation and processing. Lopez-Villa was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Manuel Lopez-Villa to be a citizen of Mexico and a previously deported criminal alien. Lopez-Villa was removed from the

1

United States to Mexico through Del Rio, Texas, on or about January 8, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Lopez-Villa in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Villa's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Manuel Lopez-Villa was convicted of Theft, a felony offense, on June 20, 2011, in the Superior Court of Arizona, Maricopa County. Lopez-Villa was sentenced to two (2) years' probation. Lopez-Villa's criminal history was matched to him by electronic fingerprint comparison.

5. On October 29, 2016, Jesus Manuel Lopez-Villa was advised of his constitutional rights. Lopez-Villa freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 27, 2016, Jesus Manuel Lopez-Villa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on January 8, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 31st day of October, 2016.

_____
David K. Duncan,
United States Magistrate Judge

3